IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF TEXAS
__BROWNSVILLE__ DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

__MARCARIO E. PERALES #833051__
Plaintiff's name and ID Number

__SEGOVIA UNIT - EDINBURG TX 78539__
Place of Confinement

CASE NO. __B-02-123__
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

__MR. RILEY TILLEY - T.O.C.J-I.O. LOCAL FUND__
Defendant's name and address

I, __MARCARIO E. PERALES__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment          Yes☐ No☑
    b. Rent payments, interest or dividends?                 Yes☐ No☑
    c. Pensions, annuities or life insurance payments?       Yes☐ No☑
    d. Gifts or inheritances?                                Yes☐ No☑
    e. Family or friends?                                    Yes☑ No☐
    f. Any other sources?                                    Yes☐ No☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    __MY FAMILY SENT ME MONEY BUT THEY TOOK IT ALL__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes☐          No☑
    If you answered YES, state the total value of the items owned.

3.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐        No ☑

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __3rd__ day of __JUNE__, __2002__

_Marcario Perales_  #833051
Signature of Plaintiff    ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).

Revised 6/97

```
CJ#: 00833051 SID#: 03236808 LOCATION: SEGOVIA           INDIGENT DTE: 09/16/99
ME: PERALES,MARCARIO ENRIQUE             BEGINNING PERIOD: 12/01/01
VIOUS TDCJ NUMBERS: 00433990 00756255
RENT BAL:        51.57 TOT HOLD AMT:          628.17 3MTH TOT DEP:         0.00
H DEP:            0.00 6MTH AVG BAL:           51.57 6MTH AVG DEP:         0.00
TH HIGHEST BALANCE TOTAL DEPOSITS      MONTH HIGHEST BALANCE TOTAL DEPOSITS
/02       51.57            0.00        02/02      51.57             0.00
/02       51.57            0.00        01/02      51.57             0.00
/02       51.57            0.00        12/01      51.57             0.00
CESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

ATE OF TEXAS COUNTY OF _Hidalgo_
THIS THE _5_ DAY OF _June_, _02_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
PLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
PUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:



ALEX RODRIGUEZ, JR.
Notary Public State of Texas
My Comm. Exp. 03-25-2004