3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUN 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MACARIO E. PERALES | * | |
| VS | * | CIVIL ACTION NO. B-02-123 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | * | |

### ORDER

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The State of Texas is hereby ORDERED to respond to Petitioner's 42 U.S.C. Section 1983 Civil Rights Complaint on or before **August 13, 2002.**

DONE at Brownsville, Texas, this 13th day of June 2002.

_____
Felix Recio
United States Magistrate Judge