IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| *MACARIO E. PERALES,* § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. B-02-123 |
| § | |
| *TDCJ-ID,* § | |
| Defendants. § | |

### DEFENDANT TDCJ-ID'S
### NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE

This case has been reassigned within the Office of the Attorney General. Assistant Attorney General Alexia J. Rodriguez, has been reassigned to assume primary responsibility for this case in place of Bruce Garcia. The new Attorney-in-Charge is familiar with the file and will comply with all scheduling orders. All parties and the Court are hereby on notice of the change in the Attorney-in-Charge on this case and requests that all future documents on this case be forwarded to Alexia J. Rodriguez, in the Attorney General's Office at the same address.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

_____
ALEXIA RODRIGUEZ
Assistant Attorney General
State Bar No. 24026659
Southern District Bar No. 26774

P. O. Box 12548, Capitol Station
Austin, Texas 78711
[Tel.] (512) 463-2080
[Fax] (512) 495-9139

ATTORNEYS FOR DEFENDANT TDCJ-ID

## CERTIFICATE OF SERVICE

I, Alexia J. Rodriguez, Assistant Attorney General of Texas, certify that a copy of **Defendant TDCJ-ID'S Notice of Designation of Attorney-in-Charge** has been served by placing it in the United States mail on June 25, 2002, addressed as follows:

Macario E. Perales, TDCJ-ID #833051
Segovia Unit
1201 E. El Cibolo Road
Edinburg, Texas 78539

PLAINTIFF, *PRO SE*

_____
ALEXIA J. RODRIGUEZ
Assistant Attorney General