6

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 3 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION No. B-02-123

MACARIO E. PERALES           >       PLAINTIFF

vs

TDCJ-ID                      >       RESPONDENT

PLAINTIFF'S REQUEST FOR THE
APPOINTMENT OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MACARIO E. PERALES, PLAINTIFF IN THE ABOVE-STYLED AND NUMBERED CAUSE AND RESPECTFULLY REQUEST IF THE HONORABLE COURT WILL APPOINT PLAINTIFF COUNSEL IN THIS CAUSE and WILL SHOW THE COURT:

1). PLAINTIFF IS TO POOR TO AFFORD COUNSEL;
2). THE PROCESS OF FILING THE CORRECT PAPER'S and MOTIONS ARE OF A COMPLICATED NATURE AND IT IS TO CONFUSING FOR PLAINTIFF;
3). PLAINTIFF HAS HAD MENTAL PROBLEMS WHILE IN TDCJ-ID
4). PLAINTIFF IS A LAYMAN OF THE LAW and HAS NO KNOWLEGE OF CIVIL PROCEDURE'S and HAS NOT THE EDUCATION TO UNDERSTAND WHATS BEING FILED AGAINST HIM IN THIS CAUSE.

WHEREFORE PREMISES CONSIDERED PLAINTIFF PRAYS THE