UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 03 2002
Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-123

MACARIO E. PERALES          >   PLAINTIFF

     VS.

TDCJ-IO                     >   RESPONDENT

## PLAINTIFF'S WRITTEN OBJECTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MACARIO E. PERALES PLAINTIFF IN THE ABOVE STYLED AND NUMBERED CAUSE and PRESENTS HIS WRITTEN OBJECTIONS TO DEFENDANT'S MOTION TO DISMISS and OBJECTS:

1). TO DEFENDANT'S MOTION TO DISMISS;
2). TO DEFENDANT'S CLAIM OF ELEVENTH AMENDMENT IMMUNITY CLAIM;
3) TO DEFENDANTS CLAIM, STATING THAT THIS PENDING LAWSUIT FAILS TO STATE A CLAIM;
4) TO DEFENDANT'S REQUEST TO DISMISS UNDER RULE 12:
5). TO DEFENDANT'S MOTION TO DISMISS IN IT'S ENTIRETY:

PLAINTIFF ARGUES THAT THE DEFENDANT'S DILIBERTLY CAUSED DAMAGES, PAINS and INJURIES TO HIM and STEPPED OUTSIDE THEIR IMMUNITY PROTECTION VIOLATING HIS RIGHTS SUBJECTING HIM TO EVEN MORE PUNISHMENT THAN PRISON.

THE ACCOUNT BY PLAINTIFF and KNOWING and INTENTIONALLY CAUSED DAMAGE and UNDUE HARDSHIPS, IN A "IF WE don't GET all OF OURS FIRST YOU WON'T GET ANY" attitude, and SHOULD be HELD ACCOUNTABLE.

WHEREFORE PREMISES CONSIDERED PLAINTIFF PRAYS THAT THE HONORABLE COURT WILL SUSTAIN HIS WRITTEN OBJECTIONS and OVERRULE DEFENDANT'S MOTION TO DISMISS.

RESPECTFULLY REQUESTED,

Macario Perales # 833051
PLAINTIFF PRO SE'

## CERTIFICATE OF SERVICE

I MACARIO E. PERALES # 833051 CERTIFY THAT THE ORIGINAL and (1) COPY OF THE FOREGOING MOTION FOR APPOINTMENT OF COUNSEL and PLAINTIFF'S WRITTEN OBJECTIONS HAVE been MAILED VIA U.S. POSTAL SERVICE TO THE HON. CLERK OF THE U.S. DISTRICT COURT - BROWNSVILLE DIVISION ON THIS 29TH DAY OF AUGUST, 2002

Macario Perales # 833051