## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION



| | | |
|---|---|---|
| MACARIO E. PERALES | * | |
| | * | |
| VS | * | C.A. NO. B-02-123 |
| | * | |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION | * | |
| | * | |

## ORDER DENYING REQUEST FOR
## THE APPOINTMENT OF COUNSEL

On this day came on to be considered Petitioner's Request for the Appointment of Counsel in the above-styled and numbered cause of action. The Court is of the opinion that the motion should be and is hereby **denied**.

Done at Brownsville, Texas, on this 16th day of October 2002.

_____
Felix Recio
United States Magistrate Judge