11

IN THE UNITED STATES COURT OF
APPEALS FOR THE FIFTH CIRCUIT

MARCARIO PERALES     >     PLAINTIFF

VS.

TEXAS DEPT. OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION  >  DEFENDANT

United States Courts
Southern District of Texas
FILED
JAN 21 2003
Michael N. Milby, Clerk

CIVIL ACTION NO. B-02-123

ON APPEAL FROM THE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE FIFTH CIRCUIT:

COMES NOW MARCARIO PERALES PLAINTIFF IN THE ABOVE NUMBERED CAUSE AND GIVES HIS NOTICE OF APPEALS IN THIS CAUSE TO THE DENIAL OF HIS 42 U.S.C. § 1983 COMPLAINT BY THE MAGISTRATE JUDGE ON DECEMBER 17TH, 2002.

RESPECTFULLY SUBMITTED,
Marcario Perales 833051
PLAINTIFF PRO SE'

CERTIFICATE OF SERVICE

I MARCARIO PERALES # 833051 CERTIFY THAT THE FOREGOING NOTICE OF APPEALS HAS BEEN PLACED IN THE SEGOVIA PRISON MAIL BOX TO BE MAILED TO THE UNITED STATES DISTRICT COURT - BROWNSVILLE DIVISION, VIA U.S. POSTAL SERVICE TO THE CLERK ON THIS 11TH DAY OF JANUARY, 2003.

_Marcario Perales_ # 833051