IN THE UNITED STATES DISTRICT COURT ~~of~~ OF APPEALS ~~United States District Court Southern District of Texas~~
FOR THE _FIFTH_ ~~DISTRICT OF TEXAS~~
_CIRCUIT_ ~~DIVISION~~

FILED
JAN 2 1 2003
Michael N. Milby
Clerk of Court

MARCARIO PERALES #933051
Plaintiff's name and ID Number

SEGOVIA UNIT - Edinburg TX 78541
Place of Confinement

USDC CIVIL NO B-02-123

CASE NO. _____
(Clerk will assign the number)

v.

TEXAS DEPT. CRIMINAL JUSTICE
INSTITUTIONAL DIVISION - Huntsville TX 77342
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS
ON APPEAL

I, MARCARIO PERALES, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment — Yes☐ No☑
    b. Rent payments, interest or dividends? — Yes☐ No☑
    c. Pensions, annuities or life insurance payments? — Yes☐ No☑
    d. Gifts or inheritances? — Yes☐ No☑
    e. Family or friends? — Yes☐ No☑
    f. Any other sources? — Yes☐ No☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____
    _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes☐   No☑
    If you answered YES, state the total value of the items owned.

    THEY TAKE IT ALL EVERYTIME
    _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐       No ☑

   If you answered YES, describe the property and state its approximate value.

   _____

   _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __11TH__ day of __JANUARY__, __2003__

_Marcanes Perales_   #833051
Signature of Plaintiff    ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

Revised 6/97