UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCARIO PERALES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-123 |
| | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Petitioner Perales' Notice of Appeal in the above styled cause of action. In order for Petitioner Perales to proceed on appeal, he must conform with the Prison Litigation Reform Act. Unlike the former concept of pauper status, an individual or prisoner granted pauper status before the district court is not automatically entitled to pauper status on appeal. See Jackson v. Stinnett, 102 F.3d 132, 134-36 (5th Cir. 1996) (noting that Prison Litigation Reform Act has superseded parts of Fed. R. App. P. 24(a)). The statute requires that a prisoner seeking pauper status on appeal must file an affidavit of indigency and a certified copy of the prison trust account statement. 28 U.S.C. §§ 1915(a)(2), 1915(b)(1). Petitioner Perales has failed to comply with the Prison Litigation Reform Act, and he must file the aforementioned documents within 30 days before he can proceed in forma pauperis on appeal.

DONE at Brownsville, Texas, this 28th day of February, 2003.

Felix Recio
United States Magistrate Judge