REQUESTED bY COURT 2nd IFP FoR APPEAL

14

IN THE UNITED STATES DISTRICT COURT
FOR THE _SOUTHERN_ DISTRICT OF TEXAS
_Brownsville_ DIVISION

United States Courts
Southern District of Texas
FILED
MAR 17 2003
Michael N. Milby, Clerk

_MACARIO PERALES 833051_
Plaintiff's name and ID Number

_SEGOVIA UNIT_
Place of Confinement

CASE NO. _B-02-123_
(Clerk will assign the number)

v.

_Texas DEPT. CRIMINAL JUSTICE_
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS
ON APPEAL

I, _MACARIO PERALES_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state :cause of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment          Yes☐ No☑
   b. Rent payments, interest or dividends?                 Yes☐ No☑
   c. Pensions, annuities or life insurance payments?       Yes☐ No☑
   d. Gifts or inheritances?                                Yes☐ No☑
   e. Family or friends?                                    Yes☐ No☑
   f. Any other sources?                                    Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐         No☑
   If you answered YES, state the total value of the items owned

   _____

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

    Yes ☐            No ☑

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __12TH__ day of __MARCH__, 2003

__Macario Perales__   __833051__
Signature of Plaintiff        ID Number

YOU **MUST** ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        03/12/03
EN197ACA5742              IN-FORMA-PAUPERIS DATA                09:06:31
TDCJ#: 00833051 SID#: 03236808 LOCATION: SEGOVIA      INDIGENT DTE: 09/16/99
NAME: PERALES,MARCARIO ENRIQUE           BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS: 00433990 00756255
CURRENT BAL:        51.57 TOT HOLD AMT:       628.17 3MTH TOT DEP:
6MTH DEP:                 6MTH AVG BAL:             6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS


PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
                                ---------------------
                                NO BANKING ACTIVITY
                                WITHIN THE PAST 6
                                MONTH PERIOD.
                                ---------------------
STATE OF TEXAS COUNTY OF  HIDALGO
ON THIS THE  12  DAY OF  MARCH  2003  I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____   OR SID NUMBER:
```



ADALBERTO CARRANZA
Notary Public, State of Texas
My Commission Expires
06-19-2006